USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/11

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
RICHARD DJEDDAH,                    :
                                    :
                    Petitioner,     :
                                    :           10 Cv. 3820(BSJ)
            v.                      :
                                    :
                                    :              Order
SHELDON M. GREENBAUM, et al.        :
                                    :
                    Respondents.    :
------------------------------------x
```

BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

After having reviewed Magistrate Judge Freeman's Report and Recommendation dated March 3, 2011, and having received no objections thereto, I hereby confirm and adopt the Report in its entirety, having been satisfied that there is no clear error on the face of the record. See King v. Greiner, No. 02 Civ. 5810 (DLC), 2009 WL 2001439, at *4 (S.D.N.Y. July 8, 2009) (citation omitted); see also Wilds v. United Parcel Serv., 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003). Accordingly, this action is DISMISSED as an effort to use Rule 27 for the improper purpose of obtaining discovery to aid in framing a complaint against Respondents.

The parties' failure to file written objections precludes appellate review of this decision. See Caidor v. Onondaga County, 517 F.3d 601, 604 (2d Cir. 2008).

The Clerk of the Court is directed to close the case.

**SO ORDERED:**

                                                                  _____
                                                                  **BARBARA S. JONES**
                                                                  **UNITED STATES DISTRICT JUDGE**

Dated:   New York, New York
             March 22, 2011